IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 76.126.239.144,<br><br>    Defendant. | No. C 15-04170 WHA<br><br>**ORDER SEALING DOCUMENTS CONTAINING PERSONAL INFORMATION** |

The subscriber assigned the above-captioned IP address, who is proceeding *pro se*, has filed a motion to quash the subpoena that plaintiff sent to Comcast seeking the subscriber's identifying information. The subscriber's motion included his or her identifying information. The Clerk shall please **FILE** an unredacted version of the subscriber's motion and attachments under seal for the Court's eyes only and a version with all identifying information redacted on the public docket. The Clerk shall please **SERVE** this order on the subscriber at the address provided in the motion.

The subscriber should please comply with Civil Local Rule 79-5 for all future filings that the subscriber wishes to be filed under seal (*i.e.*, with identifying information redacted).

**IT IS SO ORDERED.**

Dated: December 15, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE