Brenna E. Erlbaum (SBN: 296390)
**HEIT ERLBAUM, LLP**
501-I South Reino Rd #344
Newbury Park, CA 91320
[phone]: (805) 231.9798
Brenna.Erlbaum@HElaw.attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco

| | |
|---|---|
| MALIBU MEDIA, LLC, | Case Number: 3:15-cv-04170-WHA |
| Plaintiff, | **PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT** |
| vs. | |
| JOHN DOE subscriber assigned IP address 76.126.239.144, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC, moves for entry of an order extending the time within which Plaintiff has to serve Defendant with a Summons and Complaint, and states:

1. This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their internet service provider ("ISP").

2. On October 18, 2015, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, Comcast Cable, to obtain the Defendant's identifying information [CM/ECF 13]. Plaintiff issued the subpoena on or about October 21, 2015, and expected to receive the ISP's response by December 8, 2015.

1

Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant With a Summons and Complaint
Case No. 3:15-cv-04170-WHA

3. To date, Plaintiff has not received a response to the subpoena because Defendant filed a Motion to Quash Plaintiff's Subpoena [CM/ECF 19]. Plaintiff filed its opposition on December 28, 2015 [CM/ECF 21], and the motion currently remains pending before the Court.

4. The ISP has advised that it is unable to comply with the subpoena while the motion remains pending.

5. Pursuant to Rule 4(m), Plaintiff is required to effectuate service of the summons and Complaint by no later than today, January 11, 2016. Because the Defendant's identity remains unknown to Plaintiff, it has been unable to serve the Defendant by the current deadline.

6. Procedurally, Plaintiff respectfully requests that the time within it must effectuate service of a summons and Complaint on Defendant be extended until at least forty five (45) days after the Court enters a ruling on the pending motion to quash.

7. Plaintiff files this Motion to in good faith to enable to proceed with its lawsuit while maintaining compliance with all applicable rules. This motion is not filed for any improper purposes, such as to delay, and Plaintiff's requested extension will neither prejudice the Court nor the parties.

WHEREFORE, Plaintiff respectfully requests that the time within which it must serve the Defendant with a summons and Complaint be extended be extended until at least forty five (45) days after the Court enters a ruling on the pending Motion to Quash [CM/ECF 19]. A proposed order is attached for the Court's convenience.

Dated: January 11, 2016.

HEIT ERLBAUM, LLP

/s/ Brenna Erlbaum
BRENNA ERLBAUM, ESQ
Attorney for Plaintiff

2

Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant With a Summons and Complaint
Case No. 3:15-cv-04170-WHA