IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 76.126.239.144,<br><br>  Defendant.<br>                                                                       / | No. C 15-04170 WHA<br><br>**ORDER EXTENDING DEADLINE TO SERVE DEFENDANT WITH SUMMONS AND COMPLAINT** |

   An order granted plaintiff leave to serve a third-party subpoena on defendant's Internet provider, Comcast, in order to obtain defendant's identifying information. Plaintiff issued the subpoena on October 21. On December 28, defendant filed a motion to quash the subpoena. Plaintiff seeks to extend the deadline to effectuate service by forty-five days from the date the Court rules on the pending motion to quash. This order hereby extends the deadline to **TWENTY-EIGHT DAYS** from the date an order issues on the pending motion to quash. The Clerk shall please **SERVE** this order on defendant at the address provided on defendant's motion to quash (Dkt. No. 20).

   **IT IS SO ORDERED.**

Dated: January 17, 2016.

                                                                                WILLIAM ALSUP
                                                                                UNITED STATES DISTRICT JUDGE