**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,                                    No. C 15-04170 WHA

        Plaintiff,

  v.

JOHN DOE SUBSCRIBER ASSIGNED IP          **ORDER TO SERVE DEFENDANT**
ADDRESS 76.126.239.144,                           **WITH PLAINTIFF'S RESPONSE**
                                                                  **TO MOTION TO QUASH**
        Defendant.
_____/

      The Clerk shall please **SERVE** plaintiff's response to defendant's motion to quash the

subpoena and this order on defendant at the address filed under seal. Defendant's reply shall be

due by **FEBRUARY 1**.


      **IT IS SO ORDERED.**


Dated:   January 20, 2015.                          _____
                                                                  WILLIAM ALSUP
                                                                  UNITED STATES DISTRICT JUDGE